[No. 13242-7-II.  Division Two.  July 17, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. GEROLD WESLEY LEACH, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 89–1–00222–9, Milton R. Cox, J., entered July 6, 1989. *Affirmed* by unpublished opinion per Petrie, J.

Pro Tem., concurred in by Alexander, C.J., and Worswick, J.